## SHERMAN *v.* KIRK.

LUMPKIN, J. 1. There was no abuse of discretion in granting an inter-locutory injunction.

2. The injunction granted was not mandatory in character.

3. Nor did it purport to be permanent, but only "until the further order of the court," which would necessarily be passed at least upon the final trial of the cause.     *Judgment affirmed. All the Justices concur.*
MAY 15, 1914.

Injunction. Before Judge Patterson. Cobb superior court. December 18, 1913.

*N. A. Morris* and *George D. Anderson,* for plaintiff in error.
*D. W. Blair* and *Charles H. Griffin,* contra.